IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GARY NICHOLSON                                                                                                PLAINTIFF

v.                              Civil No. 1:22-cv-01011

WARDEN DeANGELO EARL, Ouachita Unit;
WELLPATH MEDICAL SERVICES;
NURSE K. MARTER, Cummins Unit;
NURSE S. BANKS, Cummins Unit;
JOHN DOES, Ouachita Unit;                                                                              DEFENDANTS

## ORDER

Plaintiff's first claim in this case concerns a matter which occurred at the Cummins Unit of the Arkansas Department of Correction, which lies in the Eastern District of Arkansas. Because the remaining claims occurred in the Western District of Arkansas, the Court finds that the interests of justice would be best served by severing Plaintiff's first claim from the remaining claims.

A new case should be opened with Nurse K. Marter and Nurse S. Banks as Defendants. The new case file should include the following documents: ECF No. 11 (Amended Complaint) and this order. Nurse K. Marter and Nurse S. Banks should be terminated as Defendants in this case.

The Court further finds the interests of justice would be best served by transferring the new case to the United States District Court for the Eastern District of Arkansas. Venue would be proper under 28 U.S.C. § 1406(a).[1]

The Clerk of Court is directed to immediately **TRANSFER THE NEWLY SEVERED**

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."

1

CASE FILE to the Eastern District of Arkansas, Central Division, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, AR 72201.

IT IS SO ORDERED this 28th day of March 2022.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

2