IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GARY NICHOLSON                                                                                   PLAINTIFF

v.                                    Civil No. 1:22-cv-1011

WARDEN DEANGELO EARL,
Ouachita Unit, *et al.*                                                                          DEFENDANTS

## ORDER

  Before the Court is the Report and Recommendation by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 36. Judge Bryant recommends that the individual capacity claims against Defendant Warden DeAngelo Earl be dismissed. Plaintiff has responded to the Report and Recommendation, stating that he agrees that the individual capacity claims against Defendant Warden DeAngelo Earl should be dismissed. ECF No. 44. Plaintiff does not object to the Report and Recommendation. Therefore, the Court adopts the Report and Recommendation (ECF No. 36) *in toto*. Pursuant to 28 U.S.C. § 1915(g), Plaintiff's individual capacity claims against Defendant Warden DeAngelo Earl are **DISMISSED**.

  **IT IS SO ORDERED**, this 16th day of February, 2023.

                   /s/ Susan O. Hickey
                   Susan O. Hickey
                   Chief United States District Judge